# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: James C. Pistorino  Telephone: 650.798.3580
Firm Name: Howrey LLP
Business Address: 1950 University Avenue
4th Floor
East Palo Alto, CA 94303

Current bar memberships and date of admission:

State Bar of California  Admitted on 10.27.03
State Bar of Texas  Admitted on 11.27.96
U.S. Court of Appeals for the Federal Circuit  Admitted on 08.20.97
District of Nebraska  Admitted on 11.07.00

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X No  ___ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:  X none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

Signature  Date: July 8, 2009

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.