**JAMES L. DRIESSEN, PRO SE, jd@driessenlaw.com, USB #09473**
MARGUERITE A. DRIESSEN, PRO SE, mad@driessenlaw.com
305 N 1130 E, LINDON, UT 84042
PHONE (801)796-6924
FAX (801)785-2744

# UNITED STATES DISTRICT COURT

District of Utah, Central Division

| | |
|---|---|
| James L. Driessen and Marguerite A Driessen<br>Plaintiffs<br><br>V.<br><br>Sony BMG Music Entertainment et.al.<br>Defendants | PLAINTIFFS' DISCLOSURE OF PROPOSED TERMS FOR CONSTRUCTION<br><br><br>CASE NUMBER: 2:09-cv-00140<br>Judge: Dale A. Kimball |

Pursuant to the scheduling order agreed to by the parties, Plaintiffs provide their PLAINTIFFS' DISCLOSURE OF PROPOSED TERMS FOR CONSTRUCTION, a copy of which is being electronically filed with the Court. Plaintiffs presently contend that Defendants collectively and/or individually through the making, using, offering to sell, and/or selling the Sony Platinum Music Pass, along with its associated services or digital content, infringe claims 1- 4, 7, 10, and 12-15 of U.S. Patent No. 7,003,500 ("the '500 Patent"). Elements of claims 1-4 and claim 7 invoke the 6th paragraph of 35 USC 112 interpretations for claim construction.

**INITIAL DISCLOSURES**

In keeping with the tradition of *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), Plaintiffs submit to the holding that construction of patent claims, including terms of art within its claim, is exclusively within the province of the court.

Therefore Plaintiffs propose to the court that the claim terms carry their "accustomed" meaning to the "relevant community" at the "relevant time" of invention and persuade that the courts may "'rely on dictionary definitions when construing claim terms'" and that "[d]ictionaries . . . are often useful to assist in understanding the commonly understood meaning of words." *Free Motion Fitness, Inc. v. Cybex Intern., Inc*. 423 F.3d 1343 (Fed. Cir. 2005), (on appeal from Utah 10th Cir., quoting *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) at 1322, quoting *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1584 n.6 (Fed. Cir. 1996)).

In this initial disclosure, Plaintiffs seek to obtain the proper meaning from context of individual words, but context within the specification and claims and as required in differentiation from claim to claim may necessitate alternate meanings. "In construing claim terms, the general meanings gleaned from reference sources, such as dictionaries, must always be compared against the use of the terms in context, and the intrinsic record must always be consulted to identify which of the different possible dictionary meanings is most consistent with the use of the words by the inventor." *ACTV, Inc. v. The Walt Disney Company*, 346 F.3d 1082, 1092, 68 USPQ2d 1516, 1524 (Fed. Cir. 2003). Limited modifications and/or agreements to the below proposed terms of construction may be sought as opposing sides confer.

### NOTE ON CLAIM PREAMBLES

A claim preamble has the import that the claim as a whole suggests for it." *Bell Communications Research, Inc. v. Vitalink Communications Corp.*, 55 F.3d 615, 620, 34 USPQ2d 1816, 1820 (Fed. Cir. 1995). "If the claim preamble, when read in the context of the entire claim, recites limitations of the claim, or, if the claim preamble is 'necessary to give life, meaning, and vitality' to the claim, then the claim preamble should be construed as if in the

balance of the claim." *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305, 51 USPQ2d 1161, 1165-66 (Fed. Cir. 1999). See also *Jansen v. Rexall Sundown, Inc.*, 342 F.3d 1329, 1333, 68 USPQ2d 1154, 1158 (Fed. Cir. 2003).

"In the parlance of patent law, the transition 'comprising' creates a presumption that the recited elements are only a part of the device, that the claim does not exclude additional, unrecited elements." *Crystal Semiconductor Corp. v. Tritech Microelectronics Int'l, Inc.*, 246 F.3d 1336, 1348 (Fed. Cir. 2001).

### INITIAL PROPOSED TERMS OF CONSTRUCTION

| Claim Term(s) | Proposed Construction |
|---|---|
| customer | entity that purchases a commodity or service |
| access | permission, liberty, or ability to enter, approach, or pass to and from a place or to approach or communicate with a person or thing. |
| point | a particular place or locality |
| at | presence or occurrence in, on, or near |
| retail | the industry of selling of commodities or goods in small quantities to ultimate consumers. |
| of | word to indicate relationship between a result determined by a function or operation and a basic entity or to indicate something from which a person or thing is delivered |
| sale (selling) | the act of transferring property from one person to another for a price |
| establishment | a public or private institution or place of business or residence that may include its furnishings and staff |
| URL | the address of a resource (as a document or Web site) on the Internet that consists of a communications protocol followed by the name or address of a computer on the network and that often includes additional locating information (as directory and file names)—called also uniform resource locator, universal resource locator |
| information | the communication or reception of knowledge or intelligence through a signal or character (as in a communication system or computer) representing data |
| that | the one : the thing : the kind : something, anything |
| is | present singular of "be." |

| | |
|---|---|
| an | one or more |
| Internet | an electronic communications network that connects communication devices, computers, networks, or organizational computer facilities around the world |
| transaction | something transacted; especially an exchange or transfer of goods, services, or funds such as electronic transactions |
| location | a position or site occupied or available for occupancy |
| said | Aforementioned |
| itemized | to set down in detail or by particulars : list |
| merchandise | the commodities or goods that are bought and sold in business : wares |
| or | an alternative <coffee or tea> <sink or swim>, the equivalent or substitutive character of two words or phrases <lessen or abate>, or approximation or uncertainty <in five or six days> |
| downloadable | able to transfer as data or files from one computer to the memory of another device (such as a another computer) |
| media material objects | the physical object or space in which a copyrighted work is embodied such as a book, manuscript, tape, disk, compact disk, DVD, hard disk space, memory stick, etc. – the copyright ownership and ownership of the material object in which the copyrighted work is embodied are two entirely separate legal entities. |
| means for | invokes 6th paragraph of 35 USC 112 interpretation |
| accepting | to receive willingly by being able or designed to take or hold (something applied or added) |
| payment | the act of paying something or the something that is paid. |
| through | to indicate means, agency, or intermediacy such as by means of, by the agency of, because of, or by common descent from or relationship with. |
| in person | in the bodily appearance of one or more human beings |
| with | to indicate a participant in an action, transaction, or arrangement |
| a | one or more |
| customer | entity that purchases a commodity or service |
| wherein | in which, where, during which, or in what way<br><br>"wherein" does *not* modify claim elements in a way to disturb preamble recitation of "comprising" See Notes on Preamble above, citing *Crystal Semiconductor Corp. v. Tritech Microelectronics Int'l, Inc.*, 246 F.3d 1336, 1348 (Fed. Cir. 2001) |
| designated | to indicate, set apart, or distinguish for a specific purpose |

| for | as being or constituting or indicating an actual or implied enumeration or selection |
|---|---|
| purchase | to obtain by paying money or its equivalent (to buy) |
| storing | to place or leave in a location (as a warehouse, library, or computer memory) for preservation or later use or disposal |
| retrieving | to get and bring back; especially to recover (as information) from storage |
| record(ing) | to set down in writing or as sound, visual images, or data to be registered on something (as a disc or magnetic tape) in reproducible form. |
| on | to indicate position in contact with or supported by the surface of. |
| in | to indicate inclusion, location, or position within limits |
| physical | having material existence or perceptible especially through the senses and subject to the laws of nature. |
| medium | something (such as a paper, card, or magnetic disk) on which information may be stored |
| corresponding | to be in conformity with, agreement with or matched to. |
| to | to indicate addition, attachment, connection, belonging, possession, accompaniment, or response |
| transfer | to convey, move, shift, or cause to pass from one person, place, or situation to another |
| authorization | the act of establishing as if by a person or entity in power to influence or command |
| actuated | to put or move into action or motion |
| from | to indicate the source, cause, agent, or basis |
| ownership | the state, relation, or fact of – having or holding something as tangible or intangible property |
| rights | qualities of adherence to lawful authority that constitutes propriety or merit to which one has a just claim or to which one is justly entitled |
| preselected | to choose in advance usually on the basis of a particular criterion |
| transfer(red) | to convey or cause to pass from one person, place, or situation to another |
| through | to indicate means, agency, or intermediacy by means of, by the agency of, because of, or by common descent from or relationship with. |
| store | 1. to place or leave in a location (as a warehouse, library, or computer memory) for preservation or later use or disposal.<br>2. a business establishment where usually diversified |

|  | goods are kept for retail sale |
|---|---|
| convenience store | a small often franchised market that is open long hours |
| vending machine | a coin-operated machine for selling merchandise |
| parking lot | an area used for the parking of motor vehicles |
| hallway | an entrance hall or corridor |
| lobby | a corridor or hall connected with a larger room or series of rooms and used as a passageway or waiting room |
| place | physical environment: space |
| conduct | to convey in a channel or act as a medium for conveying or transmitting |
| business | commercial or mercantile activity engaged in as a means of livelihood: trade |
| checkout | a counter or area in a store where goods are checked out |
| kiosk | a small structure with one or more open sides that is used to vend merchandise that may or may not have connection to a computer network |
| cashier's station | the place or position in which something or someone stands or is assigned to stand or remain where moneys are received and expended or collected and recorded |
| self-check out | A counter or area in a store where goods are checked out through self service mechanisms |
| interaction | mutual or reciprocal action or influence |
| writing | to scratch, draw, inscribe or form as characters or symbols on a surface |
| inscribing | to write, engrave, or print as a lasting record |
| program (ed) (ing) | to code in a predetermined logic, behavior, or operation |
| card | a flat stiff usually small and rectangular piece of material (as paper, cardboard, or plastic) usually bearing information |
| diskette | floppy disk, CD, DVD, or other object capable of containing data |
| recordation | the action or process of recording |
| requiring | to claim, impose, or ask for by right or authority which is suitable, appropriate, necessary, or essential |
| public | exposed to general view : open |
| computer | a programmable usually electronic device that can store, retrieve, or process data |
| network(ed) | an interconnected or interrelated chain, group, or system such as a system of computers, peripherals, terminals, and databases connected by communications lines |
| during | At a point in the course of or throughout the duration |
| process | a phenomenon marked by gradual changes that lead toward a particular result or series of actions or operations |

|  | conducing to an end |
|---|---|
| whether | correlative *or* or *with* to indicate alternative conditions or possibilities |
| not | a logical operator that produces a statement that is the inverse of an input statement |
| actually | in act or in fact: really |
| made | to cause to happen, be experienced by, to exist, occur, or appear |
| price | the quantity of one thing that is exchanged or demanded in barter or sale for another such as the amount of money given or set as consideration for the sale of a specified thing |
| at least | at the minimum |
| zero | the absence of magnitude or quantity |
| free | not costing or charging anything |
| positive | real and numerically greater than zero |
| amount | the total number or quantity |
| creating | to bring into existence, produce, or bring about by a course of action or behavior |
| specific | those properties of something that allow it to be referred to a particular category, or restricted to a particular individual, situation, relation, or effect |
| product | something produced that is marketed or sold as a commodity or service |
| operating | to perform a function or influence to produce an effect |
| purpose | something set up as an object or end to be attained |
| represented | to serve as a sign or symbol |
| specifying | to name or state explicitly or in detail or to include as an item in a specification |
| user | one that uses |
| associated | to bring together or into relationship in any of various intangible ways |
| sending | to dispatch by a means of communication, direction, order, or request |
| message | a communication in writing, in speech, or by signals |
| response | something constituting a reply or a reaction; or an activity or inhibition of previous activity; or resulting from a given input |
| either | being the one or the other |
| directly | in a direct manner in immediate physical or logical contact |
| other | ones distinct from that or those first mentioned or implied |
| causing | to serve as a cause or occasion by efficient or non-redundant persuasion, command, authority, or force |

| | |
|---|---|
| result | to proceed or arise as a consequence, effect, or conclusion |
| specification | the act or process of specifying (see above) |
| cryptographic | of or using the enciphering and deciphering of messages in code or cipher such as computerized encoding and decoding of information |
| key(s) | the code or set of instructions governing the encipherment and decipherment of messages |
| being | the quality or state of having existence or conceivable as existing |
| verification | the act or process of confirming, establishing, or substantiating the truth, accuracy, or reality |
| authentication | to prove or serve to prove the acceptance of or belief as conforming to or based on correctness |
| desiring | to have or express a wish for |
| buy | to acquire possession, ownership, or rights to the use of products or services of by payment |
| granting | to consent to, allow fulfillment of, or permit as a right, privilege, or favor |
| prepaid | to pay or pay the charge on in advance |

Disclosed to you this 23rd day of November, 2009

BY:  /s/ James L. Driessen
       James L. Driessen
       For James L. Driessen and Marguerite A. Driessen, Plaintiffs, Pro Se

CERTIFICATE OF MAILING

I hereby certify that I mailed, postage prepaid, by first class mail, a true and correct copy of PLAINTIFFS' DISCLOSURE OF PROPOSED TERMS FOR CONSTRUCTION to the following addresses this 23rd day of November 2009.

For Sony, Best Buy, and Target

Zachary J. Weyher
Julie Edwards
HOWREY LLP
170 South Main Street, Suite 400
Salt Lake City, Utah 84101

For FYE

Brent O. Hatch
Hatch, James, & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101


BY: _/s/James L Driessen_____
       James L. Driessen