# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES L. DRIESSEN, and MARGUERITE A. DRIESSEN., | **ORDER DENYING MOTION FOR ADR** |
| Plaintiffs and Counterclaim Defendants, | |
| vs. | Case No. 2:09-cv-140 |
| SONY BMG , et al. | Judge Clark Waddoups |
| Defendants and Counterclaim Plaintiffs. | Magistrate Judge Brooke Wells |

Before the court are Plaintiffs James and Margurite Driessen's Motion for ADR.[1]  As noted by Plaintiffs, Local Rule 16-2(e) provides that "Referral into the court's ADR program will be made by order of the district, bankruptcy, or magistrate judge."[2]  The rule goes on to provide that referrals to mediation or arbitration are done after consulting with the parties.[3]

In response to Plaintiffs' motion Defendants state that while they "are enthusiastic about ADR generally, at this time, ADR is not appropriate in this case."[4]  But, "ADR may be appropriate at a later date after the case is more fully developed."  The court agrees.  Now is not the appropriate time for a referral to the court's ADR program.  Accordingly, it is therefore

ORDERED that Plaintiffs' Motion for ADR is DENIED.

---

[1] Docket no. 77.
[2] DUCivR 16-2(e) (2009).
[3] *See id.*
[4] Op. p. 2.

DATED this 13th day of October, 2010.

BY THE COURT:

Magistrate Judge Brooke Wells