IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES L. DRIESSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT, et al.,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:09-CV-0140<br><br>Judge Clark Waddoups |

Before the court is Plaintiffs' Joint Motion to Strike or Request Sur-Reply in the Alternative. (Dkt. No. 138). The court GRANTS the motion to submit a sur-reply no later than November 4, 2011. In addition to the Motion to Dismiss, the court will also be prepared to hear argument on Plaintiffs' Motion for Miscellaneous Relief at the hearing scheduled for November 9, 2011. (Dkt. No. 140.)

DATED this 28th day of October, 2011.

BY THE COURT:

Clark Waddoups
United States District Court Judge

1