**PERKINS COIE LLP**
James C. Pistorino (admitted *pro hac vice*)
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 838-4300
Facsimile:  (650) 838-4350

**TELOS VG, PLLC**
Lee Saber (11020)
John Bogart (8305)
Zachary Weyher (10846)
299 South Main, Suite 1300
Salt Lake City, UT  84111
Telephone:  (801) 535-4304
Facsimile:   (801) 210-2735

*Attorneys for Defendants and Counterclaim
Plaintiffs Sony Music Entertainment
(f.k.a. Sony BMG Music Entertainment) and
Best Buy Stores, L.P. (erroneously sued as
Best Buy Co., Inc.)*

**HATCH, JAMES & DODGE, P.C.**
Brent O. Hatch (5715)
10 West Broadway, Suite 400
Salt Lake City, UT  84101
Telephone:  (801) 363-6363
Facsimile:  (801)  363-6666

*Attorneys for Defendants and
Counterclaim Plaintiffs FYE
(a.k.a. Trans World Entertainment)
and Target Corporation
(erroneously sued as Target Corporations)*


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

_____

| | | |
|---|---|---|
| JAMES L. DRIESSEN, and MARGUERITE A. DRIESSEN, | ) ) ) | **DEFENDANTS' JOINT REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON WRITTEN DESCRIPTION** |
| Plaintiffs and Counterclaim Defendants, | ) ) ) | |
| vs. | ) ) | Case No. 2:09-cv-00140 |
| SONY MUSIC ENTERTAINMENT; TARGET CORPORATION; BEST BUY CO., INC.; FYE (a.k.a. TRANS WORLD ENTERTAINMENT), | ) ) ) ) ) | Judge Clark Waddoups (Oral Argument Requested) |
| Defendants and Counterclaim Plaintiffs. | ) ) | |

_____

Defendants hereby restate and incorporate herein their Reply in Support of their Joint Motion for Summary Judgment of Invalidity Based on Written Description previously filed on August 11, 2011 (D.E. 144).

Respectfully submitted,


Dated:  May 3, 2012                     By   */s/ James C. Pistorino*
                                        James C. Pistorino
                                        PERKINS COIE LLP
                                        *Attorneys for Defendants/Counterclaim Plaintiffs*
                                        ***SONY MUSIC ENTERTAINMENT and***
                                        ***BEST BUY STORES, L.P.***



Dated:  May 3, 2012                     By   */s/ Brent O. Hatch*
                                        Brent O. Hatch
                                        HATCH, JAMES & DODGE, P.C.
                                        *Attorneys for Defendants/Counterclaim Plaintiffs*
                                        ***FYE (a.k.a. TRANS WORLD ENTERTAINMENT)***
                                        ***and TARGET CORPORATION***

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and further hereby certify that I have served via e-mail a copy of this document to the following non-CM/ECF participant:

Marguerite A. Driessen
mad@driessenlaw.com
305 North 1130 East
Lindon, UT  84042
       *Pro Se Plaintiff*

☐ U.S. Mail
☐ Federal Express
☐ Hand Delivery
☐ Telefacsimile
☑ Other (e-mail)

*/s/ James C. Pistorino*
James C. Pistorino

LEGAL23557513.1