**PERKINS COIE LLP**
James C. Pistorino (admitted *pro hac vice*)
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 838-4300
Facsimile:  (650) 838-4350

**TELOS VG, PLLC**
John Bogart (8305)
299 South Main, Suite 1300
Salt Lake City, UT  84111
Telephone:  (801) 535-4304
Facsimile:   (801) 210-2735

*Attorneys for Defendants and Counterclaim*
*Plaintiffs Sony Music Entertainment (f.k.a.*
*Sony BMG Music Entertainment) and Best*
*Buy Stores, L.P. (erroneously sued as Best*
*Buy Co., Inc.)*

**HATCH, JAMES & DODGE, P.C.**
Brent O. Hatch (5715)
10 West Broadway, Suite 400
Salt Lake City, UT  84101
Telephone:  (801) 363-6363
Facsimile:  (801)  363-6666

*Attorneys for Defendants and Counterclaim*
*Plaintiffs FYE (a.k.a. Trans World*
*Entertainment) and Target Corporation*
*(erroneously sued as Target Corporations)*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JAMES L. DRIESSEN, and MARGUERITE A. DRIESSEN, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> SONY MUSIC ENTERTAINMENT; TARGET CORPORATION; BEST BUY CO., INC.; FYE (a.k.a. TRANS WORLD ENTERTAINMENT), <br><br> Defendants and Counterclaim Plaintiffs. | **AMENDED DECLARATION OF JAMES C. PISTORINO IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF CLAIM CONSTRUCTION BRIEF AND MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON INDEFINITENESS AND WRITTEN DESCRIPTION** <br><br> Case No. 2:09-cv-00140 <br><br> Judge Clark Waddoups |

1.      I am a partner at the law firm of Perkins Coie LLP, and I represent defendants

Sony Music Entertainment and Best Buy Stores, L.P. in this matter.  I make this declaration

based on personal knowledge.

2.      Attached hereto as Exhibit M is a true and correct copy of excerpts from the  final

transcript of the deposition of Steven Sloan, taken in this case on Saturday, April 19, 2014 in

Phoenix, Arizona, replacing the excerpts from the rough transcript, originally filed as Exhibit M

on April 22, 2014 as Docket No. 215.


        Dated this 14th day of May, 2014 at Palo Alto, California.


                                        */s/ James C. Pistorino*
                                        James C. Pistorino
                                        PERKINS COIE LLP
                                        *Attorneys for Defendants/Counterclaim*
                                        *Plaintiffs*
                                        SONY MUSIC ENTERTAINMENT and
                                        BEST BUY STORES, L.P.

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and further hereby certify that I have served via Electronic Mail a copy of this document to the following non-CM/ECF participant(s):

Marguerite A. Driessen
mad@driessenlaw.com
305 North 1130 East
Lindon, UT  84042

*Pro Se Plaintiff*

[  ] U.S. Mail
[  ] Federal Express
[  ] Hand Delivery
[  ] Facsimile
[X] Other (e-mail)

_____*/s/ James C. Pistorino*_____
James C. Pistorino

LEGAL120946149.1